LAW OFFICE OF ROBERT A. CARICHOFF
Robert A. Carichoff (SBN 211066)
U.S. Bank Plaza
980 Ninth Street, Suite 1600
Sacramento, California 95814
Telephone: (916) 449-9506
Facsimile: (916) 419-1198

**FILED**

JUL 0 6 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

Attorney for Plaintiff Jeffrey S. Jablonski

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY S. JABLONSKI, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> HOME DEPOT U.S.A., INC., and DOES 1-10, <br><br> Defendants. | Case No.: 08-CV-03152-JAM-CMK <br><br> **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to a Settlement Agreement and General Release between Plaintiff JEFFREY S. JABLONSKI and Defendant HOME DEPOT U.S.A., INC., the parties hereby stipulate and request that all parties and claims be dismissed with prejudice in the above-entitled action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

///

///

///

Dated: May 6, 2010

                LAW OFFICE OF ROBERT A. CARICHOFF

                By: /s/ Robert A. Carichoff
                    ROBERT A. CARICHOFF
                    Attorney for Plaintiff Jeffrey S. Jablonski

Dated: May 6, 2010

                PAYNE & FEARS LLP

                By: /s/ Michael J. Sexton
                    MICHAEL J. SEXTON/JAMES CONIEY
                    Attorney for Defendant Home Depot U.S.A., Inc.

## **ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief in the above-referenced matter, U.S.D.C. E.D. Cal. Case No. 2:08-CV-03152-JAM-CMK, are hereby dismissed with prejudice.

IT IS SO ORDERED

Dated: ~~May~~ July 6, 2010

                By: _____
                    UNITED STATES DISTRICT COURT JUDGE